No. 12–5419. JONES *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 806] denied.

No. 12–5651. KEMPPAINEN *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 937] denied.

No. 12–6269. IN RE MUTHUKUMAR;

No. 12–6314. BORG *v.* MINNESOTA. Sup. Ct. Minn.;

No. 12–6322. PARHAM *v.* HSBC MORTGAGE CORP. ET AL. C. A. 4th Cir.;

No. 12–6398. CONTI *v.* TEXAS. Ct. App. Tex., 14th Dist.; and

No. 12–6554. EMERSON ET VIR *v.* ALY ET AL. Sup. Ct. Iowa. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 17, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 12–6900. IN RE BOODY; and

No. 12–6903. IN RE JOYNER. Petitions for writs of habeas corpus denied.

No. 12–6362. IN RE AVENA. Petition for writ of mandamus denied.

No. 12–316. IN RE LIPIN. Petition for writ of mandamus and/or prohibition denied.

No. 11–1371. CALIFORNIA TABLE GRAPE COMMISSION *v.* DELANO FARMS CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 11–1552. UNITED STATES FIRE INSURANCE CO. ET AL. *v.* ALEXANDER ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 11–9353. PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9661. HERNANDEZ-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.